IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANK JERRID DORTCH,　　　　:　　1:17-cv-1703
　　　　　　　　　　　　　　　　:
　　　　　　Plaintiff,　　　　　:
　　　v.　　　　　　　　　　　　:　　Hon. John E. Jones III
　　　　　　　　　　　　　　　　:
YORK COUNTY CHILDREN　　　　　:
AND YOUTH, *et al.,*　　　　　:　　Hon. Martin C. Carlson
　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　:

## ORDER

**December 13, 2017**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1.　The Report and Recommendation of Magistrate Judge Carlson (Doc. 23) is **ADOPTED** in its entirety.

2.　Plaintiff's Motions for Leave to Amend his Complaint (Docs. 22 and 24) are **DENIED.**

3.　This matter is **DISMISSED WITH PREJUDICE**.

4.　The Clerk of Court is directed to **CLOSE** the file on this case.


s/ John E. Jones III
John E. Jones III
United States District Judge